Casey Rafael TYLER, Plaintiff–
Appellant,

v.

Oliver WASHINGTON, Defendant–
Appellee.

No. 14–7554.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2015.

Decided: April 10, 2015.

Casey Rafael Tyler, Appellant Pro Se.

Before SHEDD, DUNCAN, and
FLOYD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Casey Rafael Tyler appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012), and its subsequent order denying his motion to alter or amend judgment pursuant to Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tyler v. Washington,* No. 5:14–ct–03126–H (E.D.N.C. July 9, 2014 & Oct. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*